IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JERILYNN SAAFELD,

        Plaintiff,

v.                                         CIVIL ACTION
                                           NO. 14-1108

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

## ORDER

**AND NOW**, this 14th day of September, 2016, upon consideration of the Plaintiff's Request for Review and the Defendant's response thereto, and after careful review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, along with Plaintiff's objections thereto, it is hereby **ORDERED** that judgment is entered **REVERSING** the decision of the Commissioner of Social Security for the purposes of this remand only and the relief sought by Plaintiff is **GRANTED** to the extent that the matter is **REMANDED** for further proceedings consistent with this order and the accompanying memorandum opinion.

        The Clerk shall mark this case closed.

                                                      **BY THE COURT:**

                                                    **/s/ Jeffrey L. Schmehl**
                                                    Jeffrey L. Schmehl, J.